FILED

UNITED STATES DISTRICT COURT 2003 OCT 14  P 2: 50
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADRIENNE LAMORTE,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:01CV00998(SRU) |
| v. | : |
| JOHN LEONARD,<br>*Defendant* | : October 9, 2003 |

## MOTION TO MODIFY PRE-TRIAL ORDER

COMES NOW the defendant through counsel to respectfully request an extension of time of thirty (30) days up to and including November 26, 2003 to file a final joint pre-trial memorandum. In support of this motion the defendant represents as follows:

1. The current Pre-Trial Order has set a deadline of October 27, 2003 for filing the Joint Pre-Trial Memorandum.

2. The undersigned is currently at trial in state court. The trial commenced on September 30, 2003 and is scheduled to conclude on or about Wednesday, October 15, 2003.

3. The plaintiff's counsel, Karen Lee Torre, is scheduled to begin a trial on Wednesday, October, 15, 2003 of unknown duration.

4. The undersigned recently took over the case from another attorney who left the Employment Rights Department of the Office of the Attorney General. The undersigned filed his appearance (Doc. # 33, September 9, 2003) and requires additional time to get up to speed on the matter.

5.   The trial calendar call scheduled for November 5, 2003 to schedule a trial date will not be effected by this request and a trial date can be set by the 2004 deadline set by the Court.

6.   Pursuant to Local Rule 7(b), the undersigned contacted opposing counsel, Karen Lee Torre, and she has NO OBJECTION to this motion.

WHEREFORE, the defendant respectfully requests a modification of the Pre-Trial Order to reset the deadline for filing the Joint Pre-Trial Memorandum up to and including November 26, 2003.

DEFENDANT
JOHN LEONARD

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Joseph.Jordano@po.state.ct.us
Federal Bar # ct 21487

2

Case 3:01-cv-00998-SRU    Document 34    Filed 10/14/2003    Page 3 of 3

## **CERTIFICATION**

I herein certify that a copy was mailed this 9th day of October, 2003 to all counsel of record via first class mail, postage prepaid, to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
(203) 865-5541

_____
Joseph A. Jordano
Assistant Attorney General