FILED

UNITED STATES DISTRICT COURT  2003 OCT 14  P 2:50
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADRIENNE LAMORTE, *Plaintiff* | : CIVIL ACTION NO.<br>: 3:01CV00998(SRU) |
| v. | : |
| JOHN LEONARD, *Defendant* | : October 9, 2003 |

## MOTION TO MODIFY PRE-TRIAL ORDER

COMES NOW the defendant through counsel to respectfully request an extension of time of thirty (30) days up to and including November 26, 2003 to file a final joint pre-trial memorandum. In support of this motion the defendant represents as follows:

1. The current Pre-Trial Order has set a deadline of October 27, 2003 for filing the Joint Pre-Trial Memorandum.

2. The undersigned is currently at trial in state court. The trial commenced on September 30, 2003 and is scheduled to conclude on or about Wednesday, October 15, 2003.

3. The plaintiff's counsel, Karen Lee Torre, is scheduled to begin a trial on Wednesday, October, 15, 2003 of unknown duration.

4. The undersigned recently took over the case from another attorney who left the Employment Rights Department of the Office of the Attorney General. The undersigned filed his appearance (Doc. # 33, September 9, 2003) and requires additional time to get up to speed on the matter.

GRANTED, ABSENT OBJECTION.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.  10/16/03