HONORABLE S.R. Underhill
DEPUTY CLERK B Sbalbi    RPTR/ERO/TAPE S. Catucci

TOTAL TIME: ___ hours ___ minutes

DATE 11/5/03    START TIME 10:20    END TIME 10:25
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Lamonte
vs.
Leonard

CIVIL NO. 3:01CV998(SRU)

Joseph Jordano
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Karen Torre
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐ ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement

☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed

☐ ___ # jurors present

☐ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ Voir Dire by Court

☐ Peremptory challenges exercised (See attached)

☐ Jury of ___ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ Remaining jurors excused

☐ Discovery deadline set for _____

☐ ✓ Disposition Motions due _____

☑ Joint trial memorandum due 3/1/03

☑ Trial continued until 4/19/03 at 9 am

☑ ✓ Jury Selection set for 4/15/04 @ 9am    ☐ COPY TO: JURY CLERK