# United States District Court
## District of Connecticut

Lamorte
*Plaintiff*
v.

Leonard
*Defendant*

Case No. 3:01cv998

FILED
2003 NOV 10  P 5: 21
US DISTRICT COURT
BRIDGEPORT CT

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

___ A ruling on the following motions which are currently pending: (orefm.)
Doc#

_X_ A settlement conference (orefmisc./cnf.)

___ A conference to discuss the following: (orefmisc./cnf.)

___ Other: (orefmisc./misc)


SO ORDERED this _10th_ day of _November_, _2003_ at Bridgeport, Connecticut.

_____
Stefan R. Underhill
United States District Judge