**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ADRIENNE LAMORTE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV0998(SRU) |
| | : | |
| v. | : | |
| | : | |
| JOHN LEONARD, | : | |
| *Defendant* | : | FEBRUARY 19, 2004 |

## MOTION TO MODIFY DEADLINE FOR FILING
## JOINT TRIAL MEMORANDUM

COMES NOW the parties and request that the deadline for filing the joint trial memorandum in the above case be moved to April 2, 2004. In support if this request the defendant shows the court as follows:

1. The case is set to begin trial on April 19, 2004.

2. The parties have scheduled a settlement conference with Magistrate-Judge Garfinkel for March 12, 2004.

3. The original settlement conference scheduled for February 27, 2004 had to be rescheduled because of a conflict.

4. Counsel for the respect parties have conferred on this matter and CONCUR with this request.

WHEREFORE, the parties request that the deadline for filing the joint trial memorandum in the above matter be set for April 2, 2004.

DEFENDANT,
JOHN LEONARD

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____
Joseph A. Jordano (Ct 21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

### **CERTIFICATION**

The undersigned hereby certifies that on this 19th day of February 2004, a true and accurate copy of the foregoing Motion to Modify the Deadline for Filing Joint Trial Memorandum was sent by first class United States mail, postage prepaid, to:

Karen Lee Torre
Law Office of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

_____
Joseph A. Jordano
Assistant Attorney General

2