UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADRIENNE LAMORTE, *Plaintiff* | : : : | CIVIL ACTION NO. 3:01CV0998(SRU) |
| v. | : : | |
| JOHN LEONARD, *Defendant* | : : | FEBRUARY 19, 2004 |

## MOTION TO MODIFY DEADLINE FOR FILING
## JOINT TRIAL MEMORANDUM

COMES NOW the parties and request that the deadline for filing the joint trial memorandum in the above case be moved to April 2, 2004. In support if this request the defendant shows the court as follows:

1. The case is set to begin trial on April 19, 2004.

2. The parties have scheduled a settlement conference with Magistrate-Judge Garfinkel for March 12, 2004.

3. The original settlement conference scheduled for February 27, 2004 had to be rescheduled because of a conflict.

4. Counsel for the respect parties have conferred on this matter and CONCUR with this request.

WHEREFORE, the parties request that the deadline for filing the joint trial memorandum in the above matter be set for April 2, 2004.

GRANTED; ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill