UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended (from 2/27/04) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 12, 2004

2:30 p.m.

*Held 2 hours*

CASE NO. **3:01cv998 (SRU)**    Adrienne Lamorte v. John Leonard

Margaret Quilter Chapple
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120


Joseph A. Jordano
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120


Karen Lee Torre
51 Elm St.
Ste. 307
New Haven, CT 06510


* THE PREVIOUSLY ISSUED SETTLEMENT ORDER REMAINS IN EFFECT.

   THANKS.

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK