UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADRIENNE LAMORTE | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No. 3:01CV0098 (SRU) |
| V. | : | |
| | : | |
| JOHN C. LEONARD | : | |
| | : | April 2, 2004 |
| Defendant | : | |

## MOTION FOR ENLARGEMENT OF TIME TO SUBMIT
## JOINT TRIAL MEMORANDUM

The undersigned counsel respectfully requests a one-day enlargement of time or until

Monday, April 5, 2004 within which to submit the parties' Joint Trial Memorandum.  The

undersigned counsel represents that plaintiff's counsel needs the additional time to complete her

portion of the Memorandum.  The parties were attempting a settlement of this matter but the

ongoing efforts recently failed.

Accordingly, additional time is needed to complete the document.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.


THE PLAINTIFF                                    THE DEFENDANT
ADRIENNE LAMORTE                                 JOHN C. LEONARD


BY:_____               BY:_____
    KAREN LEE TORRE                                  Joseph A. Jordano, Esq.
    Federal Bar No. ct 01707                         Assistant Attorney General
    Law Offices of Karen Lee Torre                   Office of the Attorney General
    51 Elm Street                                    State of Connecticut
    Suite 307                                        55 Elm Street
    New Haven, CT 06510                              P.O. Box 120
    (203) 865-5541                                   Hartford, CT 06141-0120


## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered  this 2nd day of April 2004, to:

Joseph A. Jordano, Esq.
Assistant Attorney General
 Office of the Attorney General
State of Connecticut
 55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


                                                 _____
                                                 KAREN LEE TORRE