UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADRIENNE LAMORTE | : |
| | : |
| Plaintiff | : |
| | : Civil No. 3:01CV0098 (SRU) |
| V. | : |
| | : |
| JOHN C. LEONARD | : |
| | : April 2, 2004 |
| Defendant | : |

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf form.

                        THE PLAINTIFF
                        ADRIENNE LAMORTE


BY:_____
    KAREN LEE TORRE
    Federal Bar No. ct 01707
    Law Offices of Karen Lee Torre
    51 Elm Street
    Suite 307
    New Haven, CT 06510
    (203) 865-5541

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered this 2nd day of April 2004, to Joseph A. Jordano, Esq. Assistant Attorney General, Office of the Attorney General, State of Connecticut, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120.

                                                                          _____
                                                                          KAREN LEE TORRE