UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADRIENNE LAMORTE | : | |
| | : | |
|     Plaintiff | : | |
| | : | Civil No. 3:01CV0098 (SRU) |
| V. | : | |
| | : | |
| JOHN C. LEONARD | : | |
| | : | April 5, 2004 |
|     Defendant | : | |

**PLAINTIFF'S PROPOSED VOIR DIRE**

1. Has anyone here ever been subjected to a polygraph examination?

2. Has anyone here ever applied, or had a close relative or friend who applied for a position as a police officer or state trooper in the State of Connecticut?

3. Is anyone here employed in a law enforcement capacity?

4. If anyone here related to a law enforcement officer?

4. Is anyone here employed by or have any relationship to the Office of the Chief State's Attorney in Connecticut or any of its constituent State's Attorney's offices?

5. Is anyone here related to a State's Attorney or prosecutor in the State of Connecticut?

6. Is anyone here employed by or associated in any way with the Connecticut State

    Police?

7.  Is anyone here related to any elected or appointed official in the Connecticut State government, including any Board, Commissions or the State legislature?

8.  Does anyone here have a relative or friend who is employed by or associated in any way with the Connecticut State Police or the State of Connecticut's Division of Criminal Justice, including the offices of the State's Attorneys in Connecticut?

9.  Is anyone here employed by an insurance agency or company or other organization which engages in the investigation and defense of lawsuits and other claims?

10.  Does anyone here have any contractual relationship with State of Connecticut authorities, including any business relationship or other relationships involving the provision of services to the state?

11.  Does anyone here have a child or other relative who may be seeking employment with the Connecticut State Police or any municipal police department?

12.  Is there anyone here who is involved directly , or indirectly, with any matter which is or may be the subject of investigation by the Connecticut State Police, the Office the Chief State's Attorney or any constituent State's Attorney Office?

13.  Does anyone here belong to any group or organization whose aims to lobby public officials or otherwise seek the enactment of any legislation or change in

existing laws?

14. Is there anyone here employed in any Human Resources or personnel management capacity where employee discipline or defense of claims involving employee discipline is handled directly or indirectly?

                                THE PLAINTIFF
                                ADRIENNE LAMORTE

BY:_____
     KAREN LEE TORRE
     Federal Bar No. ct 01707
     Law Offices of Karen Lee Torre
     51 Elm Street
     Suite 307
     New Haven, CT 06510
     (203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered this 5th day April of 2004, to Joseph A. Jordano, Esq. Assistant Attorney General, Office of the Attorney General, State of Connecticut, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120.

_____
KAREN LEE TORRE