**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ADRIENNE LAMORTE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV00998(SRU) |
| | : | |
| v. | : | |
| | : | |
| JOHN LEONARD, | : | |
| *Defendant* | : | April 2, 2004 |

## DEFENDANT'S PROPOSED VERDICT FORM

We the jury unanimously find as follows:

COUNT 1 - First Amendment Claim:

1. Has the plaintiff proven by a preponderance of the evidence that she engaged in protected speech as I have defined it for you in these instructions?

    Yes _____     No _____

    If you have answered "Yes" to Question 1, go on to Question 2.
    If your answer is "No" to Question 1, your deliberations are at an end on Count 1. Proceed to COUNT 2.

2.. Has the plaintiff proven by a preponderance of the evidence that the defendant retaliated against her because she engaged in protected speech by subjecting her to the following adverse employment action:

    Reassigning her to another unit?    Yes _____    No _____

    If your answer is "Yes" to Question 2., please proceed to Question 3. If you have answered "No" to Question 2, your deliberations are at an end on Count 1. Proceed to COUNT 2.

3. Has the defendant proven by a preponderance of the evidence that he would have taken the action complained of even in the absence the plaintiff's speech?

    Yes _____    No _____

          If you answered "Yes" to Question 3, then your deliberations are at an end as to Count 1.  Proceed to COUNT 2.  If you answered "No", then proceed to Question 4.

4.       Is the defendant entitled to qualified immunity on Count 1?

                      Yes_____     No_____

          If you answered "Yes to Question 4, then you deliberations are done as to COUNT 1. Go on to Count 2.  If you answered "No" to Question 4, then you must assess damages by answering Question 7 after you have reached a decision as to Count 2.

COUNT 2 - Equal Protection Claim

5.       Has the plaintiff proved that she was selectively treated differently than other similarly treated employees because of her gender in violation of the Equal Protection Clause?

                      Yes _____     No _____

          If you answered "Yes" to Question 5, then you must go on to Question 6. If you answered "No" to Question 5, your deliberations are done as to COUNT 2.

6.       Is the defendant entitled to qualified immunity on Count 2?

                      Yes_____     No_____

          If you answered "Yes" to Question 6, your deliberations are done as to COUNT 2.

Damages

If you found for the plaintiff on either COUNT 1 or COUNT 2, you must proceed to Question 7.  If you found for the defendant on both COUNT 1 and COUNT 2, the foreperson should sign and date the verdict form and send a note to the judge that you have reached a verdict.

7.  Has the plaintiff proven that the adverse employment actions complained of caused her to sustain injury or damage for which she should received compensation?

    Yes _____   No _____

    If your answer is "Yes," what amount of compensation is fair, just and reasonable?

    _____

    If your answer is "No," do you award nominal damages in the amount of $1?

    Yes _____   No _____

    Has the plaintiff persuaded you that punitive damages should be awarded?

    Yes _____   No _____

    If your answer is "Yes," what amount of punitive damages do you award?

    _____

You have completed your deliberations. Please have your Foreperson sign and date this form and send a note to the Judge notifying him that you have reached a unanimous verdict.

Dated at Bridgeport, Connecticut this ____ day of _____, 2004.

_____
Jury Foreperson

3