UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADRIENNE LAMORTE | : | |
| | : | |
|     Plaintiff | : | |
| | : | Civil No. 3:01CV0098 (SRU) |
| V. | : | |
| | : | |
| JOHN C. LEONARD | : | |
| | : | April 5, 2004 |
|     Defendant | : | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

The plaintiff proposes that the following form of verdict be submitted to the jurors in this action:

**I.**    **LIABILITY**

    A.    Do you find, by a preponderance of the evidence, that the defendant Leonard instigated a finding of misconduct against the plaintiff in connection with A.I. 00-025 in retaliation, in whole or in motivating part, for plaintiff's disclosure and expressions regarding Sergeant Randall Howell?

    Yes _____                                      No_____

    B.    Do you find, by a preponderance of the evidence, that the defendant instigated findings of misconduct against the plaintiff in Internal Affairs

1

        Case No. 00-027 in whole or in motivating part, for plaintiff's disclosures and expressions regarding Sergeant Randall Howell?

        Yes _____          No_____

C.     Do you find, by a preponderance of the evidence, that plaintiff was subjected by defendant to discipline and a transfer from her position in the Polygraph Unit in consequence of, or in retaliation for, in whole or in substantial motivating part, plaintiff's disclosures and expressions regarding Sergeant Randall Howell?

        Yes _____          No_____

If you answered "No" to all of the above questions, your deliberations are concluded and you need not complete the balance of this form. If your answer to one or more of the above questions is "Yes", proceed to section II.

**II.**     <u>**COMPENSATORY DAMAGES**</u>

    i.     What amount, if any, economic damages do you award the plaintiff for damage she suffered as a result of her transfer out of the Polygraph Unit?

    $_____

    ii.      What amount, if any, do you award the plaintiff in compensatory damages for intangible losses including reputational injury, embarrassment, inconvenience, emotional distress and loss of prestige or standing within her profession?

$_____

**PUNITIVE DAMAGES**

    i.      Do you find by a preponderance of the evidence that the defendant acted intentionally, willfully and/or in reckless disregard for the rights of the plaintiff in committing the acts complained of?

Yes_____        No_____

    ii.      If your answer to i. above is "Yes", what if any punitive damages do you assess as appropriate to punish such conduct and deter other similarly situated individuals from engaging in it?

$_____

Respectfully submitted:

THE PLAINTIFF
ADRIENNE LAMORTE

BY:_____
KAREN LEE TORRE
Federal Bar No. ct 01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered this 5th day April of 2004, to Joseph A. Jordano, Esq. Assistant Attorney General, Office of the Attorney General, State of Connecticut, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120.

_____
KAREN LEE TORRE

4