

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADRIENNE LAMORTE | : | |
| Plaintiff | : | |
| | : | Civil No. 3:01CV0998 (SRU) |
| v. | : | |
| | : | |
| JOHN LEONARD | : | |
| | : | April 2, 2004 |
| Defendant | : | |

### MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

The undersigned counsel respectfully requests a one-day enlargement of time or until Monday, April 5, 2004 within which to submit the parties' Joint Trial Memorandum. The undersigned counsel represents that plaintiff's counsel needs the additional time to complete her portion of the Memorandum. The parties were attempting a settlement of this matter but the ongoing efforts recently failed.

Accordingly, additional time is needed to complete the document.

1

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.
4/12/04