HONORABLE **Stefan Underhill** (classified January 18, 2002)
DEPUTY CLERK **Montz**    RPTR/ERO/TAPE **Catucci**

TOTAL TIME: **1** hours **10** minutes

DATE **4-15-04**    START TIME **12:15**    END TIME **1:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv998 (SRU)**

**Lamorte**
vs.
**Leonard**

§
§    **Karen Torre**
§        Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§    **Joseph Jordano**
§        Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........  ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☑ ........  ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____ # jurors present
☑ ........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ........  Voir Dire by Court
☑ ........  Peremptory challenges exercised (See attached)
☑ ........  Jury of **8** drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☑ ........  Remaining jurors excused
☐ ........  Discovery deadline set for _____
☐ ........  Disposition Motions due _____
☐ ........  Joint trial memorandum due _____
☑ ........  Trial continued until **4-19-04** at **9:00 A.M.**

☑ COPY TO: JURY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(CD.10-Rev. 9/92)

Lamonte
v.
Leonard

CASE NO. 3:01cv998(SRU)

## CIVIL CHALLENGES

1. 31, Deng
2. 59, Hildred
3. 43, Alston
4. 38, Mullins

1. 56, Hudge, Mary
2. 34, Bailey, Richard / 51, Subramay, Michelle
3. 36, Wade Kent
4. 37, Bennett, Jennifer

_____          _____
COUNSEL FOR PLAINTIFF(S)         COUNSEL FOR DEFENDANT(S)

01cv998 Panel

(CD.12-Rev 9 92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Lamonte
v
Leonard

CASE NO. 301cv998 (SRU)

CIVIL JURY PANEL AS DRAWN

1. #32 William Leask
2. 41 Carole Zak
3. 44 Linda Blum
4. 47 Jorgen Hjarth
5. 48 Dwight Patton
6. 50 Michael Wysocki
7. 51 Michele Sullaway
8. 53 Michael Kenny

01cv998 JurySel

# Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:01CV1506(SRU)
Description: ST ONGE V. FABIAN

Date: 4/15/04
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100109449 | 02-0095 | RODRIGUEZ, BENIS C  TRUMBULL  RETIRED R.ESTATE BROKER/LOAN ORIGINATOR | OK | J.8 |
| 29 | 100100556 | 02-0080 | DAWKINS, MICHAEL R  MONROE  SHOP FOREMAN  Son - Animal Control Ofcr.  Lamorte v. Leonard 3:01 cv 998 | Fair  OK w/ Dates | PP |
| 30 | 100086744 | 02-0147 | MUNTNER, DAVID H  STAMFORD  COMPUTER ANALYST | 25-30 vacation | CP |
| 31 | 100120626 | 02-0030 | Pang  DENG, HONGBING  SANDY HOOK  GENERAL MANAGER | O.K. | PP |
| 32 | 100083047 | 02-0058 | LEASK, WILLIAM M  FAIRFIELD  COLD FOOD CLERK  Bldg maintenance | O.K. | J-1 |
| 33 | 100084233 | 02-0092 | LENTZ, CHRISTOPHER M  NEW FAIRFIELD  MANAGER  Friends NYC  Girl k/w | unsure P.D. | CP |
| 34 | 100116489 | 02-0029 | BAILEY, RICHARD R  SANDY HOOK  CUSTODIAN Bd of Ed | OK | PD |
| 35 | 100126209 | 02-0130 | SALVO, EDITH P  TRUMBULL  OFFICE MANAGER | April Not good  May okay | CP |
| 36 | 100097837 | 02-0053 | WADE, KENT F  SHELTON  LEADMAN/MECHANIC  good/bad Exp. in Club  Prosecution over Zealous | Dates OK  Fair | PD |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:01CV1506(SRU)
Description: ST ONGE V. FABIAN

Date: 4/15/04
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 37 | 100082728 | 02-0001 | BENNETT, JENNIFER R — *Home Depot*  KITCHEN SALES | O.K. | PD |
| | | | STRATFORD | | |
| 38 | 100099107 | 02-0154 | MULLINS, RICHARD C — *Teaching cause 5/10*  RETIRED ELECTRONIC ENGINEER | | PP |
| | | | REDDING | | |
| (39) | 100096542 | 02-0086 | *Ra K.*  RACANIELLO, AUDREY  CAREGIVER/CULINARY STUDENT, NIGHTS  *work Hardship Laid off · Bankruptcy No Savn.* | | CP |
| | | | BRIDGEPORT | | |
| (40) | 100103051 | 02-0168 | MADURI, DONNA M  BOOKKEEPER  *Used Husbas scapegoat* | O.K. | CP |
| | | | STAMFORD | | |
| 41 | 100111302 | 02-0009 | ZAK, CAROLE J  LPN — *works Doctor's ofc, Brother Retired State Trooper. Problem for her Boss* | | J-2 |
| | | | SHELTON | | |
| (42) | 100101635 | 02-0084 | YORKE, KENNETH E  REAL ESTATE AGENT  *Vacation — Next week Thur 1 — okay* | | CP |
| | | | COS COB | | |

*R H2*

| | | | | | |
|---|---|---|---|---|---|
| 43 | 100088196 | 02-0153 | ALSTON, MARY C  OB TECH — *Nwlk Hosp Parents ill* | | PP |
| | | | NORWALK | | |
| 44 | 100113224 | 02-0152 | BLUM, LINDA E ~~parents ill~~ | O.K. | J-3 |
| | | | RIDGEFIELD | | |
| ? (45) | 100083670 | 02-0097 | WHITE, DORCAS  SOCIAL WORKER | *April ok  May - Surgery  Discrim. Claim  EEOC  Age  Race  Disability* | CP |
| | | | BRIDGEPORT | | |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: STEFAN R. UNDERHILL  
Event: 3:01CV1506(SRU)  
Description: ST ONGE V. FABIAN

Date: 4/15/04  
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (46) | 100100425 | 02-0159 | CASTINE, MICHAEL P — DARIEN  *Pres. Investment Mgt. Was with Fed Gov't · Nat'l security Counsel* | San Antonio Europe 4-28-5-6 | CP |
| 47 | 100124249 | 02-0122 | HJORTH, JORGEN C — SHELTON  MARKETING  *Jorn* | O.K. | J-4 |
| 48 | 100110297 | 02-0079 | PATTON, DWIGHT H — STRATFORD  RETIRED TEACHER | O.K. | J-5 |
| (49) | 100095356 | 02-0060 | SCHMIDEL, DEBORAH L — RIVERSIDE  BOOKKEEPER | Short handed at work  OK | CP |
| 50 | 100122371 | 02-0013 | WYSOCKI, MICHAEL J — STRATFORD  TECHNICAL WRITER  *Sikorsky* | O.K. | J-6 |
| 51 | 100121728 | 02-0085 | SULLAWAY, MICHELE C — STAMFORD  DEPT MANAGER | OK   Restored ~~PD~~ | J-7 |
| (52) | 100123790 | 02-0032 | FAUGNO, KEITH P — STAMFORD  SALES  *Commission only* | Interview next week Monday | CP |
| 53 | 100118136 | 02-0039 | KENNY, SEAN MICHAEL — STRATFORD  MAINTENANCE/CUSTOMER SERVICE | OK | J-8 |
| (54) | 100122927 | 02-0007 | DELGREGO, CHRISTINE N — BRIDGEPORT  COMPUTER OPERATOR | next week not good | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV1506(SRU)**
Description: **ST ONGE V. FABIAN**

Date: **4/15/04**
Time: **9:09 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (55) | 100112584 | 02-0071 | CASE, ROBERT I<br>FINANCIAL EXECUTIVE<br>WILTON | Dates Problem<br>hospice<br>4-15 Cardio Fibrulator implanted | CP |
| 56 | 100084584 | 02-0073 | JUDGE, MARY A<br>SOCIAL WORKER<br>STRATFORD | May better Then April ? | PD |
| (57) | 100094850 | 02-0150 | FRANZEN, BARBARA C<br>RESIDENTIAL REAL ESTATE SALES<br>FAIRFIELD | May Date | CP |
| (58) | 100081991 | 02-0093 | NICHOLSON, JOANNA H<br>ASSISTANT SUPT. OF SCHOOLS<br>WESTPORT | Next week not good | CP |
| 59 | 100094281 | 02-0014 | HILDRED JR, ALAN<br>SUPERVISOR<br>NEWTOWN | Mon Dates | PP |
| 60 | 100110823 | 02-0045 | LIPHARDT, LISA A<br>BRIDGEPORT | | |
| exc. (61) | 100122914 | 02-0143 | PAUL, THERESA M<br>TUTOR<br>BRIDGEPORT | Parent-Teacher Conf. 12:45 | NU |
| (62) | 100090035 | 02-0136 | SCHWARTZ, STEVEN<br>SALES<br>NEWTOWN | | CP |
| 63 | 100106350 | 02-0110 | BENWARE, LINDA J<br>SCHOOL SECRETARY<br>STAMFORD | | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:01CV1506(SRU)**  
Description: **ST ONGE V. FABIAN**

Date: **4/15/04**  
Time: **9:09 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (64) | 100107415 | 02-0142 | **CARROLL, CHRISTINE M** — STAMFORD — FAMILY SUPPORT WORKER | CP |
| (65) | 100097178 | 02-0155 | **HALLABECK JR, EDWARD F** — DANBURY — ELECTRONIC ENGINEER | CP |
| 66 | 100089123 | 02-0141 | **HAUER, JOEL A** — DARIEN — ADVERTISING SALES  *wife mother* | |
| 67 | 100118591 | 02-0036 | **HOLTZ, JEFFREY A** — STRATFORD — BROADCASTER/JOURNALIST  *applying Police Dept* | |
| 68 | 100097818 | 02-0149 | **WITLIN, BRENDA J** — STAMFORD — MEDICAL TECHNOLOGIST | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Page 8 of 8