UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADRIENNE LAMORTE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV00998(SRU) |
| | : | |
| v. | : | |
| | : | |
| JOHN LEONARD, | : | |
| *Defendant* | : | April 14, 2004 |

## DFENDANT'S SUPPLEMENTAL EXHIBIT

The defendant supplements its exhibit list by adding the following exhibit that was inadvertently omitted.

Exhibit BB    Polygraph Examination Scoring Chart and Numerical Analysis, dated October 27, 1998.

                                                THE DEFENDANT

                                        By: _____
                                            Joseph A. Jordano
                                            Assistant Attorney General
                                            55 Elm Street, P.O. Box 120
                                            Hartford, CT  06141-0120
                                            Tel:  (860) 808-5340
                                            Fax : (860) 808-5383
                                            Email:  Joseph.Jordano@po.state.ct.us
                                            Federal Bar # ct 21487

2

## **CERTIFICATION**

      I herein certify that a copy was mailed this _____ day of April, 2004 to all counsel of record via first class mail, postage prepaid, to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
(203) 865-5541

                                                                                                                              _____
                                                                                                            Joseph A. Jordano
                                                                                                            Assistant Attorney General