CT/Jytrial (October 17, 2001)

TOTAL TIME: **6** hours **46** minutes   DEPUTY CLERK **Montz**   HONORABLE **Stefan Underhill**   RPTR/ERO/TAPE **Cahucci**

DATE **4.19.04**   START TIME **9:10**   END TIME **5:05**
LUNCH RECESS FROM **12:55** TO **2:05**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv998(SRU)**

**Lamorte**
vs.
**Leonard**

§ § § § §

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Karen Torre**
Plaintiffs Counsel

**Joseph Giordano**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☐ Jury sworn
☑ ☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until **4-20-04** at **9:00 A.M.**
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
..# Motion _____ ☐ granted ☐ denied ☐ advisement
..# Motion _____ ☐ granted ☐ denied ☐ advisement
..# Motion _____ ☐ granted ☐ denied ☐ advisement
..# Motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: **STEFAN R. UNDERHILL**  
Event: **3:01CV998(SRU**

Date: 4/15/04  
Time: 4:29 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100113224 | BLUM,LINDA E | Juror | *Linda Blum* |
| 2 | 100124249 | HJORTH,JORGEN C | Juror | *Jorgen Hjorth* |
| 3 | 100118136 | KENNY,SEAN MICHAEL | Juror | *Sean Kenny* |
| 4 | 100083047 | LEASK,WILLIAM M | Juror | *William M Leask* |
| 5 | 100110297 | PATTON,DWIGHT H | Juror | *Dwight H Patton* |
| 6 | 100121728 | SULLAWAY,MICHELE C | Juror | *Michele C. Sullaway* |
| 7 | 100122371 | WYSOCKI,MICHAEL J | Juror | *Michael Wysocki* |
| 8 | 100111302 | ZAK,CAROLE J | Juror | *Carole J Zak* |

Page 1 of 1