TOTAL TIME: **6** hours **55** minutes    DEPUTY CLERK    HONORABLE **Stefan Underhill**    CT/cvtrial (October 17, 2001)

MonTz    RPTR/ERO/TAPE **Catucci**

DATE **4.20.04**    START TIME **9:10**    END TIME **5:05**

LUNCH RECESS FROM **1:00**    TO **2:00**

RECESS FROM _____ TO _____    (if more than 1/2 hour)

CIVIL NO. **3:01cv998 (SRU)**

**Lamonte**

vs.

**Leonard**

§
§
§
§
§

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Karen Torre**
Plaintiffs Counsel

**Joseph ~~Garp~~ Jordano**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ ......    Jury of **8** report (see attached) ☐ Jury sworn

☑ ......    ☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until **4.21.04** at **9:00**

☐ ......    ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____

☐ ctrlconc.    Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☐ ....#___    Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#___    Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#___    Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#___    Motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm.....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm.....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm.....    Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm.....    Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ ........    _____ ☐ filed ☐ docketed

☐ ........    _____ ☐ filed ☐ docketed

☐ ........    _____ ☐ filed ☐ docketed

☐ ........    _____ ☐ filed ☐ docketed

☐ ........    _____ ☐ filed ☐ docketed

☐ ........    _____ ☐ filed ☐ docketed

☐ ........    _____ ☐ filed ☐ docketed

☐ ........    ☐ Plaintiff(s) rests ☐ Defense rests

☐ ........    Briefs due: ☐ Pltf _____ Deft _____ Reply _____

☐ ........    ☐ Summation held ☐ Court's Charge to the Jury

☐ ........    All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury

☐ ........    Jury commences deliberations at _____

☐ ........    Court orders Jury to be fed at Govt. expense (see attached bill)

☐ ........    SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**Jury List**

Judge: **STEFAN R. UNDERHILL**                                   Date: **4/15/04**
Event: **3:01CV998(SRU**                                         Time: **4:29 PM**

| Seat# | Part No. | Name | Type |
|-------|----------|------|------|
| 1 | 100113224 | BLUM,LINDA E | Juror |
| 2 | 100124249 | HJORTH,JORGEN C | Juror |
| 3 | 100118136 | KENNY,SEAN MICHAEL | Juror |
| 4 | 100083047 | LEASK,WILLIAM M | Juror |
| 5 | 100110297 | PATTON,DWIGHT H | Juror |
| 6 | 100121728 | SULLAWAY,MICHELE C | Juror |
| 7 | 100122371 | WYSOCKI,MICHAEL J | Juror |
| 8 | 100111302 | ZAK,CAROLE J | Juror |