CT/cvtrial (October 17, 2001)

TOTAL TIME: **5** hours **50** minutes     HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**     RPTR/ERO/TAPE **Cutucci**

DATE **4-21-04**     START TIME **9:10**     END TIME **4:20**
LUNCH RECESS FROM **12:40** TO **2:00**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv998 (SRU)**

**LaMonte**
vs.
**Leonard**

**Karen Torre**
Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Joseph Jordano**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☐ Jury sworn
☑ ☐ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until **4-22-04** at **9:00**
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☑ ☑ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

# Jury List

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV998(SRU**

Date: **4/15/04**
Time: **4:29 PM**

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100113224 | BLUM,LINDA E | Juror | *signature* |
| 2 | 100124249 | HJORTH,JORGEN C | Juror | *signature* |
| 3 | 100118136 | KENNY,SEAN MICHAEL | Juror | *signature* |
| 4 | 100083047 | LEASK,WILLIAM M | Juror | W. M. Leask |
| 5 | 100110297 | PATTON,DWIGHT H | Juror | Dwight H Patton |
| 6 | 100121728 | SULLAWAY,MICHELE C | Juror | Michele C. Sullaway |
| 7 | 100122371 | WYSOCKI,MICHAEL J | Juror | Michael Wysocki |
| 8 | 100111302 | ZAK,CAROLE J | Juror | Carole J Zak |