HONORABLE Stefan Underhill

CT/cvtrial (October 17, 2001)

TOTAL TIME: 7 hours 5 minutes

DEPUTY CLERK Moritz

RPTR/ERO/TAPE Catucci

DATE 4·22·04    START TIME 9:10    END TIME 6:15
LUNCH RECESS FROM 1:00 TO 2:00
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:01cv 998 (SRU)

LaMonte
vs.
Leonard

Karen Torre
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Joseph Jordano
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until 4.28.04 at 10:30
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm... Deft's Oral Motion for Directed Verdict Jmt as a matter of Law ☐ granted ☑ denied ☐ advisement
☐ oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
_____ ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV998(SRU**

Jury List

Date: 4/15/04
Time: 4:29 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100113224 | BLUM, LINDA E | Juror | *[signed]* Linda Blum |
| 2 | 100124249 | HJORTH, JORGEN C | Juror | *[signed]* Jorgen C Hjorth |
| 3 | 100118136 | KENNY, SEAN MICHAEL | Juror | *[signed]* Sean Kenny |
| 4 | 100083047 | LEASK, WILLIAM M | Juror | *[signed]* WM Leask |
| 5 | 100110297 | PATTON, DWIGHT H | Juror | *[signed]* Dwight Patton |
| 6 | 100121728 | SULLAWAY, MICHELE C | Juror | *[signed]* Michele C. Sullaway |
| 7 | 100122371 | WYSOCKI, MICHAEL J | Juror | *[signed]* Michael Wysocki |
| 8 | 100111302 | ZAK, CAROLE J | Juror | *[signed]* Carole J Zak |