HONORABLE Stefan Underhill  CT/jvtrial (October 17, 2001)
DEPUTY CLERK Montz   RPTR/ERO/TAPE Catucci

TOTAL TIME: 3 hours ___ minutes

DATE 4-28-04   START TIME 10:55   END TIME 11:05
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:01cv998(SRU)

Lamorte
  vs.
Leonard

Karen Torre
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Joseph Jordano
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until 4-29-04 at 9:00 A.M.
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☑ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## Jury List

Date: 4-28-04

Judge: **STEFAN R. UNDERHILL**　　　　　　　　　　　　　　　　Date: **4/15/04**
Event: **3:01CV998(SRU**　　　　　　　　　　　　　　　　　　　　Time: **4:29 PM**

| Seat# | Part No. | Name | Type | Signature |
|---|---|---|---|---|
| 1 | 100113224 | BLUM, LINDA E | Juror | *Linda Blum* |
| 2 | 100124249 | HJORTH, JORGEN C | Juror | *Jorgen C Hjorth* |
| 3 | 100118136 | KENNY, SEAN MICHAEL | Juror | *Sean Kenny* |
| 4 | 100083047 | LEASK, WILLIAM M | Juror | *WM Leask* |
| 5 | 100110297 | PATTON, DWIGHT H | Juror | *Dwight H Patton* |
| 6 | 100121728 | SULLAWAY, MICHELE C | Juror | *Michele C. Sullaway* |
| 7 | 100122371 | WYSOCKI, MICHAEL J | Juror | *Michael Wysocki* |
| 8 | 100111302 | ZAK, CAROLE J | Juror | *Carole J Zak* |