HONORABLE Stefan Underhill CT/jytrial (October 17, 2001)

TOTAL TIME: 2 hours 55 minutes     DEPUTY CLERK Montz     RPTR/ERO/TAPE Catucci

DATE 4·29·04     START TIME 9:00     END TIME 5:10
LUNCH RECESS FROM 11:45 TO
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:01cv998 (SRU)

LaMonte
vs.
Leonard

§
§
§
§
§

__Karen Torre__
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

__Joseph Jordano__
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held   ☐ (jytrl./set) Jury Trial continued until ___ at ___
☐ (ctrl./h) Court Trial held   ☐ (ctrl./set) Court Trial continued until ___ at ___
ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

# Motion ___  ☐ granted ☐ denied ☐ advisement
# Motion ___  ☐ granted ☐ denied ☐ advisement
# Motion ___  ☐ granted ☐ denied ☐ advisement
# Motion ___  ☐ granted ☐ denied ☐ advisement
oralm. DHFs Oral Motion for Curative Instruction  ☐ granted ☑ denied ☐ advisement
oralm. Oral Motion ___  ☐ granted ☐ denied ☐ advisement
oralm. Oral motion ___  ☐ granted ☐ denied ☐ advisement
oralm. Oral motion ___  ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☑ Summation held ☑ Court's Charge to the Jury
All full exhibits, ☑ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury
Jury commences deliberations at 11:30
☑ Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

# VERDICT

☐ ........ Court declares MISTRIAL

☑ jyv ....... Verdict Form filed

☐ ........ VERDICT: for the plaintiff

Compensatory damages of $75,000⁰⁰

Punitive damages of $150,000⁰⁰

☑ ........ Court accepts verdict and orders verdict verified and recorded

☑ ........ Jury polled

## MISCELLANEOUS PROCEEDINGS

Judge: **STEFAN R. UNDERHILL**
Event: **3:01CV998(SRU**

Date: **4/15/04**
Time: **4:29 PM**

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100113224 | BLUM, LINDA E | Juror | *Linda E Blum* |
| 2 | 100124249 | HJORTH, JORGEN C | Juror | *Jorgen Hjorth* |
| 3 | 100118136 | KENNY, SEAN MICHAEL | Juror | *Sean Kenny* |
| 4 | 100083047 | LEASK, WILLIAM M | Juror | *Wm Leask* |
| 5 | 100110297 | PATTON, DWIGHT H | Juror | *Dwight K Patton* |
| 6 | 100121728 | SULLAWAY, MICHELE C | Juror | *Michele C. Sullaway* |
| 7 | 100122371 | WYSOCKI, MICHAEL J | Juror | *Michael Wysocki* |
| 8 | 100111302 | ZAK, CAROLE J | Juror | *Carole J Zak* |