UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*

April 29, 2004

ADRIENNE LAMORTE

v.

CIVIL CASE NO.
3:01 CV 998 (SRU)

JOHN LEONARD

## VERDICT FORM

We, the jury, unanimously find as follows:

1. Did the plaintiff, Adrienne Lamorte, prove by a preponderance of the evidence that the defendant, John Leonard, violated Section 1983?

   Yes __X__     No ____

   *If your answer to question 1 is yes, please proceed to question 2.*
   *If your answer to question 1 is no, please sign and date this form.*

2. Did the defendant, John Leonard, prove by a preponderance of the evidence, his affirmative defense?

   Yes ____     No __X__

   *If your answer to question 2 is yes, please sign and date this form.*
   *If your answer to question 2 is no, please proceed to question 3.*

3. Has the plaintiff proven by a preponderance of the evidence that she is entitled to compensatory or nominal damages? If so, what amount of damages do you award?

   Compensatory Damages     Yes __X__     No ____
   *If yes, damages in the amount of:*     $ 75,000.00

   OR

   Nominal Damages     Yes ____     No __X__
   *If yes, damages in the amount of:*     $ _____

   *If your answer to either portion of question 3 is yes, please proceed to question 4.*
   *If your answer to both portions of question 3 is no, please sign and date this form.*

4. Is the plaintiff also entitled to punitive damages? If so, what amount of damages do you award?

    Punitive Damages   Yes __X__   No ____
    *If yes, damages in the amount of:*   $ 150,000.00

*Please sign and date this verdict form.*

_____
Foreperson (signed: Michael W____)

4-29-04
Date