# United States District Court

**DISTRICT OF** ~~COURT~~ **EXHIBIT AND WITNESS LIST**

Lamarte
v.
Leonard

CASE NUMBER: 3:01cv998 (SRU)

| | PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| | Stefan Underhill | Karen Torre | Joseph Jordano |
| TRIAL DATE(S) | 4-19-04 | COURT REPORTER Sue Catucci | COURTROOM DEPUTY Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4.26.04 | | | Proposed Jury Instructions |
| 2 | | 4.28.04 | | | Jury Instructions |
| 3 | | 4.28.04 | | | Verdict Form |

(Court marked next to entry 1)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

Filed April 29, 2004
Kevin F. Rowe, Clerk
By A. Montz, Deputy Clerk
United States District Court
District of Connecticut
FILED AT BRIDGEPORT