UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -3  A 9: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

ADRIENNE LaMORTE

v   3:01cv998 (SRU)

JOHN LEONARD

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On April 29, 2004, after deliberation, the jury returned a verdict in favor of the plaintiff in the amount of $75,000 in compensatory damages and $150,00 in punitive damages.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the plaintiff in the amount of $225,000 against the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of May, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____