United States District Court
District of Connecticut
FILED AT BRIDGEPORT
May 12, 2004
By: C. Warner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADRIENNE LAMORTE :
:
Plaintiff :
:
V. : Civil No. 3:01CV0098 (SRU)
:
JOHN C. LEONARD :
: May 7, 2004
Defendant :
:

**MOTION FOR RETURN OF BOND**

In accordance with defendant's demand, and the previous order of this Court, the plaintiff posted a five hundred dollar ($500.00) Security Bond in this case. In light of the verdict in favor of the plaintiff, it appears that said bond ought to be returned to the plaintiff.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted and the bond be returned to the plaintiff.

THE PLAINTIFF
ADRIENNE LAMORTE

BY: _____
KAREN LEE TORRE (ct#01707)
Law Offices of Karen Lee Torre
51 Elm Street. Suite 307
New Haven, CT 06510
(203) 865-5541

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered this 7th day of May 2004, to:

Joseph A. Jordano, Esq.
Assistant Attorney General
Office of the Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
KAREN LEE TORRE