**FILED**

**2004 MAY 12 P 12:03**

**U.S. DISTRICT COURT**
**BRIDGEPORT, CONN**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADRIENNE LAMORTE : | |
| : | |
| Plaintiff : | |
| : | Civil No. 3:01CV0098 (SRU) |
| V. : | |
| : | |
| JOHN C. LEONARD : | |
| : | May 7, 2004 |
| Defendant : | |

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf form.

THE PLAINTIFF,

BY: _____
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844
Her Attorney

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered this 7th day of May 2004, to:

Joseph A. Jordano, Esq.
Assistant Attorney General
Office of the Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
KAREN LEE TORRE

2