# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ADRIENNE LAMORTE,             :   CIVIL ACTION NO.
     *Plaintiff*                :   3:01CV00998(SRU)
                             :
     v.                        :
                             :
JOHN LEONARD,             :
     *Defendant*            :   May 13, 2004

## JOINT MOTION FOR RELIEF FROM JUDGMENT

Pursuant to Rule 60(b)(5) and (6), the parties in the above-captioned civil action

hereby move the Court to relieve the defendant, John Leonard, from the judgment entered

May 3, 2004 because the parties have reached an agreement on a resolution of the case

that will make further post-trial proceedings unnecessary.

                               PLAINTIFF
                               Adrienne Lamorte

                 By:                              
                               Karen Lee Torre, Esq.
                               Law Offices of Karen Lee Torre
                               51 Elm Street, Suite 307
                               New Haven, CT  06510

                               DEFENDANT
                               John Leonard

                               RICHARD BLUMENTHAL
                               ATTORNEY GENERAL

               By:                            
                               Margaret Q. Chapple
                               Assistant Attorney General
                               Federal Bar # ct 05550
                               55 Elm Street, P.O. Box 120
                               Hartford, CT  06141-0120
                               Tel:  (860) 808-5340
                               Fax: (860) 808-5383
                               Email:
                               Margaret.Chapple@po.state.ct.us

FILED

2004 MAY 18  A 9: 53

U.S. DISTRICT COURT
BRIDGEPORT. CONN.

## **CERTIFICATION**

I herein certify that a copy was mailed this 17th day of May, 2004 to all counsel

of record via first class mail, postage prepaid, to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510


Margaret Q. Chapple
Assistant Attorney General