UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADRIENNE LAMORTE,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:01CV00998(SRU) |
| v. | : | |
| JOHN LEONARD,<br>*Defendant* | : | May 13, 2004 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1), the undersigned counsel for the parties in the above-captioned action hereby stipulate that this action may be dismissed with prejudice.

PLAINTIFF
Adrienne Lamorte

By: _____
Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

DEFENDANT
John Leonard

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Margaret Q. Chapple
Assistant Attorney General
Federal Bar # ct 05550
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Margaret.Chapple@po.state.ct.us

## CERTIFICATION

I herein certify that a copy was mailed this 17th day of May, 2004 to all counsel of record via first class mail, postage prepaid, to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Margaret Q. Chapple
Assistant Attorney General