**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 1, 2004

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

        Re: Case Name: Adrienne Lamorte v John Leonard
            Number: 3:01cv998 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

        Defendant's Exhibit's A-C,F,G,J-M,0-W,BB,CC,DD
        ID Exhibits D,E,H,I,N,XY,Z,AA

If they are not picked up by December 16, 2004 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                                Sincerely,

                                Kevin F. Rowe, Clerk

                              BY /s/ Alice Montz
                                  Alice Montz
                                  Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____